August 28, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

ERIC BRANDON ROSENBERG, Appellant

NO. 14-15-00029-CV                     V.

SUSAN EVELYN ENGELKING, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on September 2, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Eric Brandon Rosenberg.

We further order this decision certified below for observance.